IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JAUMON MONDELL OKYERE, Sr., | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | NO. CIV-09-462-HE |
| | ) | |
| STATE OF OKLAHOMA, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Petitioner Jaumon Mondell Okyere, Sr., a state prisoner appearing *pro se*, filed this action pursuant to 28 U.S.C. § 2254 seeking habeas relief. Consistent with 28 U.S.C. § 636(b)(1)(B), the matter was referred to Magistrate Judge Bana Roberts, who recommends that the action be transferred to the United States District Court for the Northern District of Oklahoma. The magistrate judge concluded that, while this court lacks jurisdiction to consider the habeas petition, it may be reviewed by the federal court in the Eastern or Northern District of the state because the petitioner is incarcerated in the Eastern District of Oklahoma, pursuant to a sentence imposed by a court located in the Northern District of Oklahoma. 28 U.S.C. § 2241(d)

The petitioner did not object to object to the Report and Recommendation and thereby waived his right to appellate review of the issues it addressed.[1] United States v. One Parcel

---

[1] *While the petitioner did not object to the suggested transfer, he did send a letter to the court clerk asking several questions regarding its effect. The petitioner will not have to refile previously filed documents when the action is transferred. The court clerk will send all pleadings to the United*

of Real Property, 73 F.3d 1057, 1059-60 (10th Cir. 1996). *See* 28 U.S.C. §636(b)(1)(c); LCvR72.1. Accordingly, the court adopts Magistrate Judge Robert's Report and Recommendation and **TRANSFERS** the action to the Northern District of Oklahoma. 28 U.S.C. § 1631.

**IT IS SO ORDERED.**

Dated this 29 day of May, 2009.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE

---

*States District Court for the Northern District of Oklahoma. However, the court has not received and, thus, has not filed the supporting brief the petitioner refers to in his letter.*